IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01695-DME-MEH

PEDRO NIVAL,

    Plaintiff,

v.

DR. JERE SUTTON, CCCF HMO Provider,
JUDY BREZENDINE, CCCF Clinical Services Director,
LYNN THOMPSON, CCCF Nurse Practitioner,
JANE DOE #1 (SANDY), JANE DOE #2 (MARY), and JANE DOE #3 (CHRISTIE), NURSING STAFF, all in their official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2012.**

    Plaintiff's Request for Service [filed February 8, 2012; docket #42] is **granted in part and denied as moot in part**. The Clerk of the Court is directed to effect service on Defendant Jere Sutton at Dr. Sutton's last known address. The Court notes that Defendants Judy Brezedine, Lynn Thompson, Sandy Vasquez[1], Mary Cardanes[2], and Christie Rusher[3] have filed a Waiver of Service. (Docket #40.) Thus, Plaintiff's request for a Waiver of Service is moot as to those Defendants. Plaintiff's request to examine his medical file to determine the identities of Jane Does 1-3 is also moot, as all Defendants named as Jane Does have identified themselves in filing the Waiver of Service. (*See id*. at 1.) The Court will schedule any additional discovery at the Status Conference set for April 9, 2012.

---

[1] Defendant Sandy Vasquez is named in the Amended Complaint as "Jane Doe #1 (Sandy)."

[2] Defendant Mary Cardanes is named in the Amended Complaint as "Jane Doe #2 (Mary)."

[3] Defendant Christie Rusher is named in the Amended Complaint as "Jane Doe #3 (Christie)."