IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01695-DME-MEH

PEDRO NIVAL,

    Plaintiff,

v.

DR. JERE SUTTON, CCCF HMO Provider,
JUDY BREZENDINE, CCCF Clinical Services Director,
LYNN THOMPSON, CCCF Nurse Practitioner,
JANE DOE #1 (SANDY), JANE DOE #2 (MARY), and JANE DOE #3 (CHRISTIE), NURSING STAFF, all in their official and individual capacities,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2012.**

    Pending before the Court is Plaintiff['s] Request [for] Reconsideration of the Court's Denial to (sic) Plaintiff's Preliminary Injunction (Doc #55) [filed May 10, 2012; docket #63].  I construe Plaintiff's "Request" as a Motion to Reconsider my Order dated April 27, 2012, which denied Plaintiff's Motion for Preliminary Injunction on the ground that Plaintiff did not properly serve the motion on all parties.  Because Plaintiff has provided colorable evidence that he in fact served the Motion for Preliminary Injunction, Docket #57 is withdrawn and, to that extent, Docket #63 is **granted**.  Each Defendant shall file a response to Plaintiff's Motion for Preliminary Injunction [docket #55] on or before **June 4, 2012**.  Plaintiff may file a single reply in support of the Motion fourteen (14) days after the last response is served.