IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01695-DME-MEH

PEDRO NIVAL,

      Plaintiff,

v.

DR. JERE SUTTON, CCCF HMO Provider,
JUDY BREZENDINE, CCCF Clinical Services Director,
LYNN THOMPSON, CCCF Nurse Practitioner,
JANE DOE #1 (SANDY), JANE DOE #2 (MARY), and JANE DOE #3 (CHRISTIE), NURSING STAFF, all in their official and individual capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2012.**

      Plaintiff's Motion for Leave to Amend Complaint [filed June 15 2012; docket #77] is **denied without prejudice**, as Plaintiff has not provided the Court with a copy of the proposed amended complaint.  If Plaintiff wishes to renew his request, he must include with his motion copy of the proposed amended complaint so that the Court may determine whether justice so requires leave to amend.  *See* Fed. R. Civ. P. 15(a).

      With respect to Plaintiff's "two-fold question" regarding the appropriate litigation strategy, the Court reminds Plaintiff that it will not provide legal advice to any party, *pro se* or otherwise.